Takashi HIROTSU, Kazuyoshi Ohtani, and Teruji Nagoaka, Appellants,

v.

Makoto KOBAYASHI, Seiichiro Honjo, and Norihiro Fujioka, Appellees.

No. 00–1564.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2001.

ON MOTION

ORDER

Takashi Hirotsu, Kazuyoshi Ohtani, and Teruji Nagaoka move to voluntarily dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All parties shall bear their own costs.